**Michael A. KIT, Appellant**

v.

**Richard A. MITCHELL, Esq., and March, Hurwitz, Demarco & Mitchell, and Cramp, D'Iorio, McConchie & Forbes, Appellees.**

Supreme Court of Pennsylvania.

Argued April 10, 2002.

Decided Feb. 17, 2004.

J. Michael Farrell, Philadelphia, for Michael A. Kit.

Jane Ellen Lessner, David S. Rasner, Philadelphia, for Richard A. Mitchell, Esq.

Gary Alan Hurwitz, Media, for March, Hurwitz, Demarco & Mitchell, P.C. et al.

Before: ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

*ORDER*

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

Former Chief Justice ZAPPALA did not participate in the decision of this case.

Justice NIGRO files a dissenting statement.

Justice NIGRO dissenting.

I respectfully dissent from the Court's order to dismiss this case as improvidently granted as I believe that Appellant has raised meritorious issues that this Court should address.

■

**COMMONWEALTH of Pennsylvania, by D. Michael FISHER, Attorney General, Appellee,**

v.

**CIGTEC TOBACCO, LLC., Appellant.**

Supreme Court of Pennsylvania.

Feb. 17, 2004.

*ORDER*

PER CURIAM.

**AND NOW**, this 17th day of February, 2004, this appeal is QUASHED as interlocutory.